UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD HERSHEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY TRANSFER PARTNERS, L.P., ENERGY TRANSFER COMPANY; ETC MARKETING, LTD., HOUSTON PIPELINE COMPANY,<br>Defendants. | § § § § § § § § § § § § § § § § § § § §<br><br>**CIVIL CASE NO.: 1:07-CV-07811-JSR ECF** |

### DEFENDANTS ENERGY TRANSFER PARTNERS, L.P., ENERGY TRANSFER COMPANY, ETC MARKETING, LTD., AND HOUSTON PIPELINE COMPANY'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Defendants, Energy Transfer Partners, L.P., Energy Transfer Company, ETC Marketing, Ltd., and Houston Pipeline Company (collectively, "Defendants"), pursuant to FED. R. CIV. P. 7.1, file this Disclosure Statement, identifying each parent corporation and publicly held corporation that owns 10% or more of any of the Defendants' stock.

1. Energy Transfer Equity, L.P., a publicly traded entity (NYSE:ETE), owns more than 10% of the common units outstanding of Defendant Energy Transfer Partners, L.P. (NYSE:ETP).

2. Heritage ETC, L.P., a wholly-owned subsidiary of Energy Transfer Partners, L.P., owns a 99.9% limited partner interest in Defendant Energy Transfer Company, a/k/a La Grange Acquisition, L.P.

3. La Grange Acquisition, L.P., owns a 99% limited partner interest in Defendant ETC Marketing, Ltd.

1

4. HPL Consolidation LP owns a 99.5% limited partner interest in Houston Pipe Line Company LP, a Delaware limited partnership and successor to Defendant Houston Pipeline Company.

5. Other than identified above, no parent corporation or publicly held corporation owns 10% or more of any of the Defendants' stock.

Dated:   September 21, 2007.

Respectfully submitted,

*[signature]*

Jerome S. Hirsch (JH – 5650)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 100036
Telephone No.: 212-735-3000
Facsimile No.: 212-735-2000

**ATTORNEYS FOR DEFENDANTS ENERGY TRANSFER PARTNERS, L.P., ENERGY TRANSFER COMPANY, ETC MARKETING, LTD., AND HOUSTON PIPELINE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2007, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the Court. A copy of the foregoing document was also delivered by hand to the following attorneys of record:

Bernard Persky
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0488

Gregory Asciolla
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0700
Fax: 212-818-0488

Martha J. Johnstone (MJ-0979)