*Rakoff, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RICHARD HERSHEY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>ENERGY TRANSFER PARTNERS, L.P., ENERGY TRANSFER COMPANY, ETC MARKETING, LTD., and HOUSTON PIPELINE COMPANY,<br><br>Defendants. | Docket No.<br>07 Civ. 7811 (JSR)<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

---

### NOTICE OF VOLUNTARY DISMISSAL
### WITHOUT PREJUDICE BY PLAINTIFF

NOTICE IS HEREBY GIVEN that Plaintiff Richard Hershey, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice and without costs, the above-captioned matter (Docket No. 07 Civ. 7811 before Judge Jed S. Rakoff) against Defendants Energy Transfer Partners, L.P., Energy Transfer Company, ETC Marketing, Ltd. and Houston Pipeline Company.

Dated: October 1, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-5-07

Respectfully submitted,

*[signature]*

Bernard Persky (BP-1072)
Gregory S. Asciolla (GA-2222)
LABATON SUCHAROW LLP
140 Park Avenue
New York, New York, 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Attorneys for Plaintiff*

SO ORDERED

*[signature]*
USDJ
10-3-07